**William Auston CASH, Plaintiff–Appellant,**

v.

**Doctor THOMAS; Lieutenant Clawson, Defendants–Appellees.**

**No. 13–6439.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2013.

Decided: June 26, 2013.

William Auston Cash, Appellant Pro Se. Erin Farrell Farthing, McKay, Cauthen, Settana & Stubley, PA, Columbia, South Carolina; Justin Tyler Bagwell, William Henry Davidson, II, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Auston Cash appeals the district court's order adopting the magistrate judge's recommendation to deny Cash's request for injunctive relief in the form of a court order directing his transfer to a federal medical facility for dental evaluation and treatment. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Cash's informal brief does not challenge the basis for the district court's disposition, Cash has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*